UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHAUNNA SCHIMDT, and
TRISTEN PATTERSON, by and through his
Next Friend, SHAUNNA SCHIMDT,

    Plaintiffs,

vs.                                                                  No. CIV-07-995 RB/LAM

OfficeMax North America, Inc. and
Albert Padilla,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (*Doc. 23*)

**THIS MATTER** is before the Court on the Magistrate Judge's *Sealed Proposed Findings and Recommended Disposition* (*Doc. 111*), filed on January 29, 2009. The parties have waived their right to object to the recommended disposition pursuant to 28 U.S.C. § 636(b)(1).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's *Sealed Proposed Findings and Recommended Disposition* (*Doc. 111*) are **ADOPTED**, *Plaintiffs' [Sealed] Unopposed Motion to Adopt Report of Guardian ad Litem and Stipulation of Dismissal With Prejudice* (*Doc. 104*) is **GRANTED**, and all of Plaintiffs' claims against Defendants OfficeMax Incorporated and OfficeMax North America, Inc. are **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that the guardian *ad litem's* fees and costs be paid as described in the *Sealed Proposed Findings and Recommended Disposition* (*Doc. 111*).

**IT IS FURTHER ORDERED** that the parties notify the Court in writing of their intention regarding the default judgment against Defendant Padilla and/or the dismissal with prejudice of Plaintiff's claims against Defendant Padilla **within ten (10) days** after entry of this Order.

**IT IS SO ORDERED**.

_____
**ROBERT C. BRACK**
**UNITED STATES DISTRICT JUDGE**